THE MECHANICS NATIONAL BANK OF TRENTON, a banking corporation, complainant,

*v.*

MICHAEL FEDORKO et al., defendants.

[Decided June 19th, 1924.]

*Messrs. Perlman & Lerner,* for the complainant.

*Mr. William Reich,* for the defendants.

BUCHANAN, V. C.

I am advised by counsel that settlement of the above-named case has been reached out of court.

---

THOMAS QUINN et ux., complainants,

*v.*

STIRLING HOME BUILDERS, INC., &c., defendants.

[Decided June 19th, 1924.]

*Messrs. McDonagle & McDonagle,* for the complainants.

*Messrs. Codington & Blatz,* for the defendants.

BUCHANAN, V. C.

I am advised by counsel that settlement of the above-named case has been reached out of court.